# Certificate of service



I, Natalya V. Gasova, hereby Affirm and certify that on the Date of **03/21/2024** the court was served 7 copies of the **"Declaration of Henry Grajales-EL"**, sent via first class US postal service to:

United States Court of Appeals for the Third Circuit

21400 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106-1790

23-1984

Signed; _____  DATE; 3/21/24

## In the UNITE STATES THIRD CIRCIUT COURT of APPEALS

## State of Pennsylvania



HENRY GRAJALES-EL **PRO SE**

Plaintiff,

VS

no: 23-2984

Declaration

AMAZON LOGISTICS Inc.

Defendants

### DECLARATION OF HENRY GRAJALES

I, Henry Grajales-EL, Declare under 28 U.S.C. 1746 the following as true and correct.

Amazon Logistics merely conveyed the idea of how they would have liked to have applied the authority of a "click wrap around arbitration agreement" process to be executed in this case. They provided no physical proof of any digital record of this action being executed by the plaintiff. Instead, they are relying on declarations as proof rather than physical evidence. Amazon has not provided any original signed with ink EMPLOYMENT CONTRACT document plaintiff signed with TAC Delivery that could abridge any so-called "click around" agreement. Again, the Plaintiff was not an Employee of Amazon Logistics Inc., no such contract exists.

TAC Delivery is no longer a functional business in the state of Pennsylvania or in Maryland. The Pennsylvania state record may indicate active, but TACD is out of business. The state doesn't follow through with registering business closures. One of my businesses is also showing up as still active. Even though "HGEI2000", a plumbing contracting company, has been out of business for over 15 years.

I called Christopher Magee's wife, Tonya, and spoke with her a few months ago. Tonya informed me that TACD was officially "out of business," and they moved on. They started a new business.

Plaintiff is unaware of any established legislation "No LAW" declaring that employment contracts from dissolved businesses are legally and lawfully enforceable. Again... where is the original signed employment contract from TACD that could abridge any so-called click wrap around agreement? There is none....

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Singed: *Henry Grajales-EL* Dated: 3/21/24

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

HENRY GRAJALES-EL
660 BOAS St., #1416
HARRISBURG, PA 17102

Retail

U.S. POSTAGE PAID
FCM LETTER
HARRISBURG, PA 17106
MAR 21, 2024

$0.24

19106

RDC 99

R2304M115045-33

Clerk of the Third Circuit Court
601 Market Street
Philadelphia, PA 19106-1790

RECEIVED
MAR 2 5 2024
U.S.C.A. 3rd. CIR