OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 15, 2024

Kara Emrich, Esq.
Henry Grajales-El
Michael E. Kenneally, Esq.
Richard G. Rosenblatt, Esq.

RE: Henry Grajales-El v. Amazon Prime
Case Number: 23-2984
District Court Case Number: 2-22-cv-03455

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Friday, August 2, 2024.** This means your presence will not be required.

PSD/KY

Very truly yours,

*/s/ Patricia S. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*/s/ Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **BIBAS, PORTER, and MONTGOMERY-REEVES, Circuit Judges**